JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DENISE SMITH, | Case No. CV 17-3043 FMO (FFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WASTE MANAGEMENT, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Summary Judgment, issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 29th day of March.

/s/
Fernando M. Olguin
United States District Judge